# EXHIBIT A



Return Mail Processing
PO Box 999
Suwanee, GA 30024

611 1 199904 **************AUTO**5-DIGIT 19473
MARIE A HILFERTY
[address redacted]

December 1, 2025

**Re: Notice of Oracle Data Security Incident**

Dear Marie A Hilferty:

We are writing to notify you of a data security incident in a third-party Oracle software application at the University of Pennsylvania ("Penn" or "University") that involved some of your personal information. This letter is being sent to provide you with additional information and to advise you of services Penn is offering at no charge to you. **It is important to note that we have no evidence at this time that your information has been used for any purpose that could cause you any harm as a result of this incident.** Nonetheless, we are sending this letter to tell you what happened, what information was involved, what we have done, and what you can do should you feel it is appropriate to do so.

Penn takes this incident very seriously and sincerely apologizes to everyone affected. Protecting our community is of utmost importance, and we are committed to maintaining the privacy and security of your information.

### What Happened?

Penn uses a third-party software tool called Oracle E-Business Suite ("Oracle EBS") from Oracle, a third-party technology provider. Oracle EBS is a financial application used to process supplier payments, reimbursements, general ledger entries, and to conduct other University business. Oracle recently announced a previously unknown security vulnerability that could allow unauthorized access to Oracle EBS and data stored in it. This issue impacted hundreds of organizations worldwide that also use Oracle EBS. Upon learning of potential unauthorized access to Oracle EBS, Penn immediately launched an investigation with the assistance of cybersecurity experts. We also notified law enforcement and are cooperating with an ongoing federal law enforcement investigation. In the course of Penn's own investigation, we discovered that some data from Penn's Oracle EBS had been obtained without authorization. We then initiated a detailed review to determine whether any personal information was involved and to identify the affected individuals. On November 11, 2025, Penn determined that your personal information was among the information obtained from Oracle EBS.

### What Information Was Involved?

Based on our review of the data, we have determined that the impacted information included your full name and Social Security number and may have included your address and banking information. We have found no evidence that any of this information has been or is likely to be publicly disclosed or misused for fraudulent purposes, or otherwise used in a way that could harm you as a result of this incident.

### What We Are Doing.

Immediately upon learning of this incident, Penn launched an investigation with the assistance of outside cybersecurity experts, and in cooperation with law enforcement. We also promptly applied all security patches released by Oracle to address the vulnerability. Please be assured that we are working with cybersecurity experts to reinforce our systems to mitigate the risk of future unauthorized access to information.

Engagement # B155474